UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

FILED/REC'D
2022 OCT 19 A 10:24
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Joseph F. Green
Full name of plaintiff(s) or petitioner(s)

v. Anthony
Gov. ~~Tony~~ Evers and
State public defenders board.
Full name of defendant(s) or respondent(s)

Case No. 22 CV 605 WMC
(Provided by the clerk of court)

## PETITION AND AFFIDAVIT TO PROCEED WITHOUT PREPAYMENT OF FEES AND/OR COSTS

I, Joseph F. Green, declare that I am the plaintiff or petitioner in the above-named action. In support of my request to proceed in forma pauperis, I declare that I am unable to pay the fees and/or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. I answer the following questions truthfully and under penalty of perjury (additional pages may be added, if necessary, to provide complete information):

### I. Personal Information

1) Are you currently incarcerated?   ☒ Yes   ☐ No

   If "No," go to question 2. Complete all sections.

   If "Yes," answer questions (a), (b) & (c), skip to Section IV. Complete sections IV and V.

   (a) State the place of your incarceration and provide your prisoner identification number:

   Dane Cty Jail
   (place)                                   (number)

   (b) Are you employed at the institution?   ☐ Yes   ☒ No

   (c) Do you receive any payment from the institution?   ☐ Yes   ☒ No

If you are a prisoner, attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, or petition and showing the balance of your release account. Prisoners who are permitted to file in forma pauperis must pay the full filing fee in installments.

B CAUSE OF ACTION

CASE # 22-CF-338

Jan 21st 2022 I was incarcerated on false Aligations and charged with Battery. Disorderly conduct false imprisonment And Intimidation of a victim. Initial appearence was Held Feb 4th 2022 By Judge Jason Hanson. I wasent appointed a Attory untill May 26th, 2022. Nor Did I Recieve a Actural perlim untill May 26th 2022 Violating my 14 Day time foine to cousel And prelim Restraining The petitioner of LiBerty WI Statue 970.03 (2) DepRived of Cousel And The Right To cousel under WI constitution ARticle i. 7 and 6th Amendment 5th and 14th Amendment have Been Violated Right To Due process. in Addition to unFair prejudice on DOC current extended supervision Revacation process which Is BEIng prejudice Toward Joseph GREEN, By unfair And onnessary Delay. Caused By The Above Constitutional & Amendment Violations. which Theirby could have Changed The out come of The Revacation process By Revacation of such Right. parole Agent Jeff McMahon Directly Involved Himself IN a on going criminal Investigation Notifying The State That The Lady Dona Riva, The Lady who Called In on Joseph Green, was Really Named ReBecca Bandura, He Came to That opion after he recieved a call from a Lady Claiming to Be ReBecca Bandura, He never positivly Identified This Lady Through The phone

FILED/REC'D

2022 OCT 19  A 10: 25

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

CONTINUENCE 2

and with courrption the name was switch from Donna Riva, to Rebecca Bandura, on the initial Report. Its Donna Riva. Initial Report taken Jan 21st 2022. At 2 Am. By officer Adam Schmidt. By Jeff McMahons invoilment in this case, is violation of my constitution Rights. I also ask to be relocated probation offices, do to the fact that I fear for my life, + safty of the stiff proceicutions, that I have been recieving from mr Jeff McMahon.

Over 4 months, for a prelim. Over 4 months to get an attorney appointed to me. Violates my constitutional Rights and amendments. 10 months later, and my motions to recieve my discovery has been denyed. I wrote Judge Genovese on Aug 5th she told me she recieved my two previous request for transcripts, and for my discovery. She said she would give them to me soon as she gets them. Which I never recieved. June 3rd I recieved a letter responding to my request for transcripts stating. I wrote the court yet because I have a attorny they are unable to respond. July 24th he responded to another letter I sent to him. Stating the same thing.

Continuence 3

July 8th 2022 CARLO ESQUEDA. Responded to my Request for My Discovery And Transcripts stating Its my Attorney Duty to Handle that. Untill This Day October 14th I was refused Discovery And Transcripts with all the constitutional violations, as well as Ineffective counsel Assistance. Further More The Hinder of Discovery violates Brady Act failing to produce exscoupatory evidence That would of Liberated me of all Charge. Joseph Greens Charged were Thrown out October 7th 2022. Greens Been Incarcerated Since Jan 21st 2020. Whats Done Cant Be Undone, But We Can Still Set Things Right.

I Respectfully Ask To Be Placed In The Class Action Lawsuit. Involing Altrell Thomas Et Al V. Anthony S. Evers Brown County Case#2022CV1027 Representation of John Birdsall.

dated October 14th 2022
SIGNATURE Joseph Green

Address 115 W Doty Street
Madison WI 53703

C. REQUEST FOR RELIEF

1. I **do** request that I be allowed to commence this action without
   (do, do not)
   prepayment of fees and costs, or security therefor, pursuant to 28 U.S.C. §1915. The attached affidavit of indigency has been completed and is submitted in support of this request for leave to proceed in forma pauperis.

2. In the following space, please indicate exactly what it is you wish this court to do.

To dismiss my current charges for due process violation. And join me in the current class action suit against the Madison-public defenders office.

Dated this **14** day of **October**, 20**22**.

*Joseph Green*
(Signature)

**115 W. DOTY ST.**
(Street or PO Box)

**MADISON, WI 53703**
(City, State Zip Code)

_____
(Area Code and Phone Number)

(WDWI rev. 4/07) (Non-Prisoner Complaint)

American LegalNet, Inc.
www.FormsWorkFlow.com